UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. STEPHENS,<br>       Plaintiff,<br><br>  -v-<br><br>CITY OF NEW YORK, DEPARTMENT OF FINANCE,<br>       Defendant. | 20-CV-4078 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: November 5, 2020
   New York, New York

                    _____
                       J. PAUL OETKEN
                     United States District Judge